## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ABDI ABDULLAH HASSAN, | Civil No. 06-3808 (JRT/JJG) |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

---

Abdi Abdullah Hassan, #A77 615 954, Sherburne County Jail, 13880 Highway 10 North West, Elk River, Minnesota 55330, petitioner *pro-se*.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is summarily **DISMISSED WITHOUT PREJUDICE**.

DATED: December 17, 2006  
at Minneapolis, Minnesota.

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge